UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 15-CR-00151-AJB |
| Plaintiff, | ORDER AND JUDGMENT OF DISMISSAL |
| v. | |
| BRIAN MAGADAN, | |
| Defendant. | |

Upon motion of the United States of America and unopposed by the Defendant,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 1-26-2015

HONORABLE ANTHONY J. BATTAGLIA
United States District Judge